UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN PORTER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:23-cv-00056-MPB-MJD |
| | ) |
| CITY OF EVANSVILLE, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRELIMINARY LIST OF EXHIBITS**

Pursuant to the Case Management Plan approved by this Court, Plaintiff, John Porter, Jr., by counsel, respectfully submits the following as his preliminary list of exhibits that may be relied upon at the trial of this matter, other than those that may be used solely for purposes of impeachment or rebuttal.

1. All pleadings in this action;

2. All documents produced during discovery in this action;

3. All documents used during depositions related to this action;

4. All documents identified in Defendant's Exhibit Lists;

5. All documents relating to Plaintiff's employment with Defendant;

6. Relevant documents regarding Plaintiff's EEOC Charges;

7. Any and all files, interviews, statements, tapes, transcripts, and/or other documents describing or otherwise related to the investigation of the allegations made in Plaintiff's Complaint and/or EEOC Charges of Discrimination against the Defendant;

8.  All statements and memos from, or relating to, witnesses or potential witnesses or persons contacted in connection with this case;

9. Defendant's Employee Handbook;

10. All correspondence, documents, memoranda, or notes that reference or relate to Plaintiff's employment with Defendant;

11. Defendant's policy and procedures for discrimination;

12. Any and all disciplinary actions against Plaintiff;

13. Plaintiff's work schedules from the start of his employment to the date of his termination;

14. Any and all emails/text messages regarding Plaintiff in the Defendant's possession;

15. Plaintiff's time sheets and payroll records;

16. Audio/Video recording of Plaintiff;

17. Witness Statements;

18. Plaintiff's medical bills;

19. Plaintiff's performance reviews;

20. Employee files of those similarly-situated to Plaintiff;

21. Plaintiff's medical leave paperwork and restrictions;

22. Disciplinary records of anyone similarly-situated to Plaintiff;

23. Application and employee file of the person selected to replace Plaintiff in the drug enforcement/narcotics unit;

24. Application and employment file of the person selected for the VIPER position;

25. Text Message from Chief Bolin with attached recording of Lt. Day;

26. Emails between Plaintiff and Chief Bolin regarding Plaintiff's discrimination complaints;

27. Relevant text messages between Plaintiff and Chief Boin and Plaintiff and Mike Gray;

28. VIPER position posting;

29. Chief Bolin social media post and text messages regarding Will Smith;

30. Plaintiff's resume;

31. Defendant's new SOP regarding audio/video recordings;

32. Any and all exhibits subsequently identified; and,

33. Any and all exhibits necessary for impeachment or rebuttal purposes.

Discovery is ongoing and, therefore, additional exhibits may be identified. Plaintiff hereby reserves the right to supplement or otherwise amend the foregoing list of exhibits. If Plaintiff identifies any additional exhibits, Defendant will be promptly notified.

        Respectfully submitted,

        *s/Kyle F. Biesecker*
        Kyle F. Biesecker (24095-49)
        BIESECKER DUTKANYCH & MACER, LLC
        411 Main Street
        Evansville, Indiana 47708
        Telephone: (812) 424-1000
        Facsimile:  (812) 424-1005
        Email: kfb@bdlegal.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a copy of the foregoing, *Plaintiff's Preliminary Exhibit List*, was filed electronically.  Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

        Ziemer, Stayman, Weitzel & Shoulders, LLP
        James P. Casey: jcasey@zsws.com
        Matthew S. Koressel: mkoressel@zsws.com

        *s/Kyle F. Biesecker*
        Kyle F. Biesecker