UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN PORTER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:23-cv-00056-MPB-MJD |
| | ) |
| CITY OF EVANSVILLE, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRELIMINARY LIST OF WITNESSES**

Pursuant to the Case Management Plan approved by this Court, Plaintiff, John Porter, Jr., by counsel, respectfully submits the following as his preliminary list of witnesses who may be called to give testimony in this matter, other than witnesses who may be called solely for purposes of impeachment or rebuttal.

1. John Porter, Jr.;
2. Chief Billy Bolin;
3. Tyler George;
4. Sam Sedoris;
5. Lavarius Giles;
6. Jamarious Ward;
7. Kareem Neighbors;
8. John Fortson;
9. Blake Hollins;
10. Phil Smith;
11. Mike Gray;
12. Dylan Barnes;

13. Kyle Dennis;

14. Don Swain;

15. Chuck Knoll;

16. Rob Pylant;

17. Tony Mayhew;

18. Chris Lee;

19. Jacob Taylor;

20. Bryan Underwood;

21. Cody Smith;

22. Mark Saltzman;

23. Jarod Lafollette;

24. Kasey Ross;

25. Tony Johnson;

26. Dan Deeg;

27. Carol McMichael;

28. Kevin Day;

29. Shellie King;

30. Matt Taylor;

31. All individuals listed on Defendant's witness lists;

32. Any and all witnesses subsequently identified; and,

33. Any and all witnesses necessary for impeachment or rebuttal purposes.

Discovery is ongoing and, therefore, Plaintiff hereby reserves the right to supplement or otherwise amend the foregoing preliminary list of witnesses. In the event that additional

witnesses are identified, Defendant will be promptly advised.

>Respectfully submitted,
>
>*s/Kyle F. Biesecker*
>Kyle F. Biesecker (24095-49)
>BIESECKER DUTKANYCH & MACER, LLC
>411 Main Street
>Evansville, Indiana 47708
>Telephone: (812) 424-1000
>Facsimile:  (812) 424-1005
>Email: kfb@bdlegal.com
>
>*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a copy of the foregoing, *Plaintiff's Preliminary Witness List*, was filed electronically.  Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

>Ziemer, Stayman, Weitzel & Shoulders, LLP
>James P. Casey: jcasey@zsws.com
>Matthew S. Koressel: mkoressel@zsws.com
>
>*/s/ Kyle F. Biesecker*
>Kyle F. Biesecker