UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN PORTER, JR. | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO:  3:23-cv-00056-MPB-MJD |
| | ) | |
| CITY OF EVANSVILLE | ) | |
| Defendant | ) | |

**<u>DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS</u>**

Defendant, City of Evansville, by counsel, respectfully submits its Preliminary Witness and Exhibit List, pursuant to the Case Management Plan. [ECF No. 15]

**I.      <u>Preliminary Witness List</u>**

1.      John Porter, Jr.

2.      Chief of Police Billy Bolin.

3.      EPD Officer Mike Gray.

4.      EPD Officer Dylan Barnes.

5.      EPD Officer Kyle Dennis.

6.      EPD Sergeant David Bonenberger.

7.      EPD Officer Tony Johnson.

8.      EPD Officer Stephanie Cox.

9.      EPD Officer Matt Knight.

10.     EPD employee Judy Johnson.

11.     DEA Agent Cliff Simpson.

12.     DEA Agent Chris Goergen.

13.     EPD Officer Shellie King.

14.     Former EPD Officer Todd Seibert.

15.     EPD Sgt. Jacob Taylor.

16.     Carol McMichael, Executive Director of Administrative Services for the City of

Evansville.

17.     All records custodians necessary to authenticate documents.

18.     Any person identified in Plaintiff's Initial Disclosures.

19.     Any persons identified during discovery in this case.

20.     Any person deposed or mentioned during a deposition in this case.

21.     Any person identified on the Plaintiff's Preliminary Witness Lists.

**Discovery in this case is ongoing, and as such, Defendant reserves the right to supplement this preliminary list of witnesses.  The Defendant also reserves the right to call individuals not listed above for the purposes of impeachment, rebuttal, or sur-rebuttal.**

## II.     Preliminary Exhibit List

1.      All relevant EPD Rules, Regulations & Procedures and EPD's Operational

Guidelines.

2.      Fraternal Order of Police Agreement (A Resolution of the Common Council of

the City of Evansville Ratifying, Confirming, Authorizing and Approving an Agreement

Between the City of Evansville and Fraternal Order of Police Evansville Lodge No. 73 Inc.

January 1, 2019 Through December 31, 2021).

3.      All documents related to Plaintiff's EEOC Charge.

4.      Plaintiff's personnel file and additional documentation related to Plaintiff's job

performance.

5.      Documents relating to EPD's hiring process for the "VIPER" unit.

6.      Pleadings from the matter styled as *In Re: the Marriage of John Porter and Whitney Porter,* Cause No. 82D05-2103-DC-261, and related documents.

7.      Relevant internal and external communications.

8.      Any exhibit identified on Plaintiff's Exhibit List.

9.      Any document relating to any criminal history of Plaintiff.

10.     Any documents or thing identified on either party's Initial Disclosures.

11.     Any document or thing exchanged during the course of discovery.

12.     Any document or thing necessary for rebuttal or impeachment purposes.

13.     Any document or thing necessary for the admission or the exclusion of another exhibit.

14.     Any document or thing yet to be discovered throughout the course of discovery.

**Defendant does not hereby stipulate to the authenticity or admissibility of any of the foregoing items.  Because discovery is ongoing, Defendant reserves the right to deviate from this preliminary list of documents and to introduce documents into evidence not listed above that are discovered during the course of this litigation, as well as documents utilized for the purpose of impeachment, rebuttal or surrebuttal.**

Respectfully submitted,

*/s/ Matthew S. Koressel*
James P. Casey, #3792-82
Matthew S. Koressel, #35276-49
Ziemer, Stayman, Weitzel & Shoulders, LLP
P. O. Box 916
Evansville, IN  47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5076
E-mail: jcasey@zsws.com and mkoressel@zsws.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 21, 2023, a copy of the foregoing was sent via electronic mail to the individuals listed below.

Kyle F. Biesecker, Esq.
kfb@bdlegal.com

Lauren E. Berger, Esq.
lberger@bdlegal.com

*/s/ Matthew S. Koressel*
Matthew S. Koressel