UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN PORTER, JR. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   CASE NO:  3:23-cv-00056-MPB-CSW |
| | ) |
| CITY OF EVANSVILLE | ) |
| | ) |
| Defendant | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, John Porter, Jr., and Defendant, City of Evansville, hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

*Kyle F. Biesecker (with permission)*
Kyle F. Biesecker
Lauren E. Berger
Biesecker Dutkanych & Macer, LLC
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Fax: (812) 424-1005
E-mail: kfb@bdlegal.com
　　　　lberger@bdlegal.com

Attorneys for Plaintiff

*James P. Casey*
James P. Casey
Matthew S. Koressel
Ziemer, Stayman, Weitzel & Shoulders, LLP
P.O. Box 916
Evansville, IN  47706-0916
Telephone: (812) 424-7575
Fax: (812) 421-5089
E-mail:jcasey@zsws.com;
mkoressel@zsws.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of April, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

                                            *James P. Casey*
                                            James P. Casey