UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN PORTER, JR. | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) CASE NO: 3:23-cv-00056-MPB-CSW |
| CITY OF EVANSVILLE | ) ) ) |
| Defendant | ) ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby ORDERS that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

SO ORDERED.

Dated: _____

_____
Honorable Magistrate Judge Crystal S. Wildeman
U.S. District Court
for the Southern District of Indiana

*Distribution to counsel of record via the Court's electronic filing system*