UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN PORTER, JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO:  3:23-cv-00056-MPB-CSW |
| | ) | |
| CITY OF EVANSVILLE | ) | |
| | ) | |
| Defendant | ) | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby ORDERS that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

SO ORDERED.

Dated:  April 10, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

*Distribution to counsel of record via the Court's electronic filing system*